ACCEPTED
01-15-00640-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/7/2015 12:41:57 AM
CHRISTOPHER PRINE
CLERK

## Cause No. 01-15-00640-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/7/2015 12:41:57 AM
CHRISTOPHER A. PRINE
~~Clerk~~

GREYSTONE MULTI-FAMILY BUILDERS, INC.,

*Appellant,*

V.

TES ELECTRIC LP,

*Appellee.*

## APPELLANT GREYSTONE MULTI-FAMILY BUILDERS, INC.'S MOTION FOR LEAVE TO FILE BRIEF

RICHARD B. PHILLIPS, JR.
State Bar No. 24032833
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street
Suite 1500
Dallas, Texas 75201
Phone: 214-969-1700
Fax: 214-969-1751
rich.phillips@tklaw.com

J. MICHAEL BELL
State Bar No. 02079200
MEGAN H. SCHMID
State Bar No. 24074383
THOMPSON & KNIGHT LLP
333 Clay Street
Suite 3300
Houston, Texas 77002
Phone: 713-654-8111
Fax: 713-654-1871
michael.bell@tklaw.com
megan.schmid@tklaw.com

COUNSEL FOR APPELLANT
GREYSTONE MULTI-FAMILY BUILDERS, INC.

TO THE HONORABLE COURT OF APPEALS:

1. Pursuant to Rules 2, 10.5(b), and 38.6(d), Appellant Greystone Multi-Family Builders, Inc. respectfully requests that the Court grant leave to file its opening brief 18 minutes late.

2. Greystone's brief was due on October 6, 2015.

3. When counsel for Greystone attempted to upload the brief (with appendices) through efile.txcourts.gov on October 6, the upload failed even though the file was smaller than the maximum file size. Counsel for Greystone made repeated attempts to upload the brief before midnight, but was unsuccessful. On several attempts, the e-filing system did not even attempt to upload the brief and returned an error saying that the file could not be larger than "0 MB." Counsel for Greystone attempted to contact the helpdesk for efile.txcourts.gov, but was unable to do so.

4. Counsel for Greystone then reduced the file size by deleting some of the pages from the appendix. Just after midnight on October 7, the efile.txcourts.gov system finally accepted the uploaded file and the brief was filed at 12:18 am on October 7.

5. Greystone requests that the Court grant leave to file its brief because of the technical difficulties that Greystone's counsel encountered when trying to upload the brief. Moreover, the fact that the brief was filed 18 minutes after midnight means that the late filing will not cause any undue delay for the court or any harm to Appellee TES Electric LP.

6. Counsel for Greystone has not been able to confer with counsel for appellee at the time of this filing, but will attempt to do so at the beginning of business hours on October 7. Greystone will file an amended certificate of service after its counsel has conferred with counsel for TES.

WHEREFORE, Greystone respectfully requests that the Court direct the clerk to accept and file Greystone's opening brief even though it was filed 18 minutes late. Greystone further requests general relief.

Respectfully submitted,

THOMPSON & KNIGHT LLP


BY: /S/ Richard B. Phillips, Jr.
      Richard B. Phillips, Jr.
      State Bar No. 24032833
      rich.phillips@tklaw.com

One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1700
Fax: (214) 969-1751

      J. Michael Bell
      State Bar No. 02079200
      michael.bell@tklaw.com

      Megan H. Schmid
      State Bar No. 24074383
      megan.schmid@tklaw.com

333 Clay Street, Suite 3300
Houston, Texas 77002
Phone: 713-654-8111
Fax: 713-654-1871

**COUNSEL FOR APPELLANT**
**GREYSTONE MULTI-FAMILY**
**BUILDERS, INC.**

## CERTIFICATE OF CONFERENCE

I have not been able to confer with counsel for Appellee TES Electric LP because of the circumstances surrounding the filing of this motion (as discussed above). As soon as I am able to confer with counsel for TES, I will file an updated certificate of conference.

/s/ Richard B. Phillips, Jr.
Richard B. Phillips, Jr.

## CERTIFICATE OF SERVICE

On this 7th day of October, 2015, a true and correct copy of the foregoing motion for leave to file brief has been served on the following counsel for Appellee by electronic service:

Ashish Mahendru
Darren A. Braun
Mahendru, P.C.
639 Heights Boulevard
Houston, Texas 77007

/s/ Richard B. Phillips, Jr.
Richard B. Phillips, Jr.